THE FIRST NATIONAL BANK OF PRINCETON, APPELLANT-RESPONDENT, v. PRINCETON BANK AND TRUST COMPANY, RESPONDENT-PETITIONER.

See same case below: 87 *N. J. Super.* 247.

*Messrs. Pitney, Hardin & Kipp* and *Mr. William H. Osborne, Jr.* for the petitioner.

*Messrs. Jamieson, Walsh & McCardell* for the respondent.

May 24, 1965. Denied.

IN THE MATTER OF THE PETITION FOR NOMINATION OF GENE A. TOMASSO, *ET ALS.*

*Mr. Sam Weiss* and *Messrs. Schechner & Targan* for the petitioners.

*Messrs. Giordano & Giordano* and *Mr. Isadore Rosenblum* for the respondents.

May 20, 1965. Denied.